UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRAZ KHAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 22-2480 (TJK) |

## **DEFENDANT CBP'S NOTICE OF COMPLIANCE WITH APRIL 9, 2025 ORDER**

Defendant, U.S. Customs and Border Protection ("CBP"), by undersigned counsel, hereby provides notice that, pursuant to the Court's minute order dated April 9, 2025, an under seal, *ex parte, in camera* declaration in further support of the *Glomar* response referenced in the Howard Declaration (ECF No. 30-3) ¶ 13) has been submitted today to the Court's chambers. The Court directed this *in camera, ex parte* submission to assist the Court in ruling on CBP's pending Motion for Leave to Submit Declaration Under Seal and *Ex parte, In Camera* (ECF No. 31). Because it is CBP's position that the *ex parte*, *in camera* declaration contains sensitive law enforcement information that should not be made public or shared with Plaintiffs or Plaintiffs' counsel, CBP reserves the right to withdraw the *ex parte, in camera* declaration in the event the Court ultimately denies that motion.

                                Respectfully submitted,

                                EDWARD R. MARTIN, JR., D.C. Bar #481866
                                United States Attorney

                                By: */s/ Jeremy S. Simon*
                                JEREMY S. SIMON, D.C. BAR #447956
                                Assistant United States Attorney
                                601 D. Street, N.W.

Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*